JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PATRICK JEROME BOYD, | ) Case No. CV 15-8410-DMG (SP) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| PEOPLE OF THE STATE OF ARIZONA | ) |
| Respondent. | ) |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

DATED: December 17, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE